IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| SAMUEL KNOX | : | CRIMINAL NO. 11-593-CDJ |

Order Dismissing Indictment

AND NOW, upon application by the United States Attorney, the Court hereby ORDERS the dismissal of the above indictment.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES II
*Judge, United States District Court*

Oct. 17, 2011